

# Fourth Court of Appeals
## San Antonio, Texas

Friday, May 15, 2015

No. 04-14-00699-CR

Jerimiah **BAREFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6188A
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Appellant's final motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **May 27, 2015. No further extensions will be granted.**

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2015.

Keith E. Hottle
Clerk of Court